HAYES, Respondent, v. KENNEDY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 18, 1898.) Action by Bernard G. Hayes against Harry C. Kennedy and another. No opinion. Interlocutory judgment reversed, and judgment directed.

for defendant on demurrer, with costs to appellants to abide the event, with leave to the plaintiff to serve an amended complaint within 20 days. Decided on argument.